DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD ANTHONY BONNELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2168

[February 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 472021000681CFAXMX.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Publlc Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE AND CONNER, JJ., CONCUR.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***